### JOHN H. COMPTON
### v.
### VOLNEY S. COOPER.

STATEMENT.—This case involves the same questions as the preceding case, and is reversed for the same reasons.

APPEAL from the County Court of Bureau county; the Hon. H. M. TRIMBLE, Judge, presiding. Opinion filed February 24, 1882.

Messrs. GIBONS & STIPP, and Mr. MILO KENDALL, for appellant.

Messrs. ECKELS & KYLE, for appellee.

PILLSBURY, J. This case is in all material respects like that of this same appellant against Bates & Co., decided at this term, except that here the goods purchased consisted of a gold watch and chain, and other jewelry, amounting to $118.87.

The opinion in that case must control this as the same questions substantially are there raised, and like ruling made by the court below.

The judgment will be reversed and the cause remanded.

Judgment reversed.